# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.:   1:21MJ31

v.

DATE:   2/18/21

ALLEN CEDRIC TAYLOR

TYPE OF HEARING:   DETENTION HEARING/PRELIMINARY EXAM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PARTIES:**

1. Pamela Meade Sargent, USMJ      6. Chad Potter
2. Danny Murphy                    7. George Brent Fox
3. John Stanford                   8. _____
4. Allen Taylor                    9. _____
5. Neil Schimke                    10. _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Recorded by:   **ELLA SURBER**

Time in Court: 10:13 · 11:15
11:27 - 12:00

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 10:13 | 1,2 | 10:43 | 2,7 | 11:28 | 2,7 | | | | |
| | 3,1 | ↓ | | ↓ | | | | | |
| 10:16 | 3,5 | | 1,7 | | 3,7 | | | | |
| ↓ | | ↓ | | ↓ | | | | | |
| | 1 | 10:45 | 2,7,1 | 11:32 | 2,7 | | | | |
| 10:20 | 2,6 | ↓ | | ↓ | | | | | |
| ↓ | | | 3 | | 1,3 | | | | |
| 10:25 | 3,6 | 10:50 | 1,7 | ↓ | | | | | |
| ↓ | | ↓ | | 11:41 | 2,1 | | | | |
| | 1,6 | | 2 | ↓ | | | | | |
| ↓ | | 11:10 | 1,7 | | 1,7 | | | | |
| 10:27 | 2,6 | ↓ | | 11:59 | 3,1 | | | | |
| ↓ | | Ct recess | | | 6 | | | | |
| 10:29 | 3,7 | 11:27 | 1,7 | | | | | | |
| ↓ | | | | | | | | | |